**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ROSEMARY SEBASTIAN,**
                **Plaintiff,**

**-vs-**                                                            Case No. 6:08-cv-1492-Orl-31GJK

**WALGREENS COMPANY,**
**JOHN CIBIRAS,**
**ROY RIPAK,**
**RALPH GARCIA ,**
                **Defendants.**

_____

## ORDER

This matter comes before the Court on the Motion to Dismiss (Doc. 6) filed by the Defendants on October 30, 2008. The Plaintiff, who is representing herself *pro se*, has failed to file a timely response, and has not sought an extension of time for doing so. In accordance with Local Rule 3.01(b), the motion is therefore treated as unopposed.

Upon review, the Court finds that the motion is well-founded, in that the Plaintiff has not alleged that she exhausted her administrative remedies before filing this Title VII action. However, the Court finds no basis for granting the Defendants' request for attorneys' fees. Accordingly, it is hereby **ORDERED** that the Motion to Dismiss (Doc. 6) is **GRANTED IN**

**PART AND DENIED IN PART**.  This case is hereby **DISMISSED WITHOUT PREJUDICE**, and the Clerk is directed to close the file**.**  In all other respects, the motion is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 3, 2008.

                                                                              GREGORY A. PRESNELL
                                                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party